# UNITED STATES DISTRICT COURT
for the

MIDDLE District of TENNESSEE

| | |
|---|---|
| United States of America )<br>v. )<br> )<br>AUSTIN MICHAEL EVANS )<br>*Defendant* ) | Case No. 10-2124-2 MK |

## ORDER SCHEDULING A DETENTION HEARING

A *Preliminary And* detention hearing in this case is scheduled as follows:

| Place: | U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No.: | 661 before Judge Knowles |
|---|---|---|---|
| | | Date and Time: | 12/22/10 at 3:30pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Dec. 17, 2010

*E. Clift Knowles*
*Judge's signature*

E. CLIFTON KNOWLES, US Magistrate Judge
*Printed name and title*