UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:11-00020 |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) |
| [1] JESSE SANTO PECORA, ) | 21 U.S.C. § 846 |
| [2] AUSTIN MICHAEL EVANS, ) | |
| and [3] RODNEY EUGENE WHITAKER ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

Between on or about November 1, 2010 and December 16, 2010, in the Middle District of Tennessee, **[1] JESSE SANTO PECORA, [2] AUSTIN MICHAEL EVANS, and [3] RODNEY EUGENE WHITAKER**, did combine, conspire, confederate, and agree with each other, to knowingly and intentionally possess with the intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_____
JERRY E. MARTIN
UNITED STATES ATTORNEY

_____
PHILIP H. WEHBY
ASSISTANT UNITED STATES ATTORNEY