| | | |
|---|---|---|
| Petty Offense | ( ) | |
| Misdemeanor | ( ) | |
| Felony | (X) | |
| Juvenile | ( ) | |

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

County of Offense: <u>DAVIDSON</u>

AUSTIN MICHAEL EVANS

AUSA's NAME: <u>WEHBY</u>

Defendant's Name

Defendant's Address

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | 21:846 | Possession with intent to distribute 5 kilos or more of cocaine | 10 YEARS-Life | $4,000,000 |

*If the defendant is charged with violating 18 U.S.C. sec. 922(g) and has 3 prior qualifying felonies, then the penalties are as follows: imprisonment not less than 15 years nor more than life; fine not more than $250,000; supervised release not more than 5 years; 18:924(e)(1)

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
| | | | |

Is the defendant currently in custody?    (X) Yes    ( ) No    If Yes, State or Federal? FEDERAL

Has a complaint been filed?    (X) Yes    ( ) No

    If Yes:  Name of Magistrate Judge  <u>KNOWLES</u>    Case No.: <u>10-2124 MK</u>

    Was the defendant arrested on the complaint?    (X) Yes    ( ) No

Has a search warrant been issued?  ( ) Yes  (X) No

    If Yes:  Name of Magistrate Judge _____    Case No.: _____

Was bond set by Magistrate/District Judge: ( ) Yes (X) No    Amount of bond: _____

Is this a Rule 20? ( ) Yes (X) No    To/from what district? _____

Is this a Rule 40? ( ) Yes (X) No    To/from what district? _____

Is this case related to a pending or previously filed case?    ( ) Yes    (X) No

    What is the related case number: _____

    Who is the Magistrate Judge: _____    District Judge: _____

Estimated trial time:  <u>2 Days</u>

Bond Recommendation:    Detention