UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:11-00020-2 |
| v. | ) | CHIEF JUDGE HAYNES |
| | ) | |
| AUSTIN MICHAEL EVANS | ) | |

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO SEVER PARTIES**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys, and provides the following response to Defendant Austin Michael Evans's Motion to Sever Parties. (D.E. # 164). After consideration of defendant's motion, the government submits that it has no opposition to a severance of Defendant Evans from Defendant Pecora. Counsel for the government will consulate with counsel for the defendant Evans to reset the case for trial.

## Conclusion

Accordingly for the reasons stated herein, the defendant's Motion to Sever Parties should be granted.

Respectfully submitted,
*/s Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded via electronic filing to Peter Strianse, counsel for the defendant Evans, on this the 23rd day of October, 2012.

*/s Philip H. Wehby*
PHILIP H. WEHBY