UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | NO. 3:11-00020 |
| ) | CHIEF JUDGE HAYNES |
| ) | |
| AUSTIN MICHAEL EVANS ) | |

## GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully submits to the Court that the government has no objections to the calculated advisory guideline range contained in the revised Presentence Investigation Report prepared by the United States Probation Office.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney
Middle District of Tennessee

*s/ Philip H. Wehby*
BY: _____
 PHILIP H. WEHBY
 Assistant U. S. Attorney
 110 9th Avenue, South
 Suite A-961
 Nashville, Tennessee 37203
 (615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded, via the Court's electronic case filing system, to Peter J. Strianse, Attorney for Defendant, on the 22nd day of July, 2013.

*s/ Philip H. Wehby*

_____
PHILIP H. WEHBY
Assistant U. S. Attorney