# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 3:11-00020 |
| ) | Chief Judge Haynes |
| ) | |
| AUSTIN MICHAEL EVANS ) | |

## CHARACTER LETTERS ON BEHALF OF AUSTIN MICHAEL EVANS

Peter J. Strianse, Esq.
TUNE, ENTREKIN & WHITE, P.C.
Suite 1700, Regions Center
Nashville, TN 37238
(615) 244-2770

Counsel for Defendant
Austin Michael Evans

# TABLE OF CONTENTS

**I.  Family**

   1. Paula Evans Kotler - Mother
   2. Jason M. Kotler – Step-Father
   3. Pamela Allen - Aunt

**II.  Grayson County Detention Center**

   1. Glenn Basham - Community Praise and Worship Church
   2. Mark Claypool – Chaplain, Grayson County Detention Center
   3. Chris Tarvin, Pleasant View Prison Ministry
   4. Certificate: *Exodus Program* (Pleasant View Prison Ministry)


# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, if registered, or, if unregistered in the Court's system, it has been sent via facsimile and deposited in the United States Mail, postage prepaid, to:

> Philip H. Wehby
> Assistant United States Attorney
> 110 Ninth Avenue South
> Suite A961
> Nashville, TN  37203-3870

This 24th day of July 2013.

> S:/ Peter J. Strianse
> PETER J. STRIANSE