Honorable Judge Haynes,

I am writing to you on behalf of my only child and biological son Austin Michael Evans. In just a few short days he will be sitting before you for his final sentencing hearing. As a mother, this is a very difficult letter to write due to the unknown fate of his future. It is my prayer that the words that I write to you may give you a greater insight from my perspective of my son Austin.

I was only 6months. shy of turning 20 when I learned that I was pregnant. As a young single Christian mother it was not always easy trying to work, go to college, and do it all on my own. Austin has always been a joy to rear, he was a child with a heart of gold and a smile that could light the darkest of days. However, he always longed to have a family that consisted of a dad and siblings. A complete family unit is something that I was never able to give him. When Austin was little he would say prayers at night that God would send him a nice dad and prayed that I would meet and marry such a dad. I never wavered on my strong morals and Christian values to find such a love in our lives. However, it was God's will that I remained single. I as a mother felt like I had failed Austin in never being able to give him the answers to his prayer. I saw over the years the effect of not having a complete family would have on Austin. He seemed to have a sense of incompleteness and longing.

Austin and I belong to a very close knit family and although we did not have a complete family of our own, we have always had loved ones such as grandparents, Aunt's, Uncles, and cousins around each us both. Growing up as a child the closest thing to a dad that Austin knew was of my dad "Daddy Mike". Though it was not easy for my dad when he learned of his young daughter having a baby before marriage, he was overjoyed with the arrival of Austin. He loved Austin so very much. My dad was the only male in Austin's life on a daily basis until 2007.

In January of 2007, Austin's biological father and I reunited after many years and through months of communication and with Austin's approval. We gave a heartfelt attempt to reunite as a family. After just a few short weeks after reuniting "Daddy Mike,"

my dad passed away with congestive heart failure. My dad's passing was a very difficult and devastating event for the entire family. I thought at the time that Austin's biological father being in his life was a Godsend and for a while I believe it did help. Austin seemed to excel in school. He was on the Presidents A Honor Roll the entire year, was on the wrestling team, in the school Drama Club, and was given the Presidents Award for no school days missed for the entire year. I was extremely proud of Austin but more importantly he was proud of himself. Looking back, I believe it was Austin's way of finally being a son who could excel in an effort to gain the approval of his long lost father.

A year to the day after :Daddy Mike's" passing, the attempt I had made at restoring the family unit for Austin had foiled and proved to be another devastating blow in a short period of time for my son Austin. It seemed as though the last few years were only filled with loss of loved ones and I could see the effect that it was having on him. I sought to get him counseling at a Christian Counseling center in Hendersonville called the "Babb Center" in the city where we moved back to after the expulsion of the family unit.

As we each were trying to heal and press forward, I reconnected with a highschool classmate and a year later with Austin's ecstatic approval became engaged to marry him.
I finally met the man Austin and I had dreamed of and prayed so long for. He and Austin clicked! He is a real class act, intelligent, spiritual, kind, loving and a great father to his 10 year old daughter. Finally, the family unit Austin and I prayed so many a prayers for was made whole. However, buy this time Austin was already 17 years old. Filled with the ideas of being his own man. He already had considered himself head of our house for so long and was looking to prove it to himself and others he was "man enough" to be out on his own making his own way. The immature nature of a young man without a strong father figure in his young life had already developed this bravado that he had something to prove.

As a mother I was devastated to learn of the arrest of my only child whom I have never been away from for any long period of time. It now has been almost 3 years since the day of Austin's arrest. Everyday that he has been locked up at Grayson County Detention Center I have been as well. I have visited Austin almost every weekend weather permitting and we have communicated by phone every night and corresponded by letter monthly. The same goes with his now father who has guided him and helped him mature from the boy who was taken from me. We have seen Austin's growth over the past 3 years while he has been at Grayson. We have witnessed positive changes in Austin. He has had forgiveness for the past, a renewed sense of humbleness, and a return to his foundation of faith and spirituality, and a greater sense of maturity as a fine young man. I have also witnessed a young man my son Austin come to terms with a lot of hurt and sadness and loss throughout his life in a bad situation such as this. He has told me of his goals, dreams, and aspirations for the future and his desire to be back home and be a contributing and successful member of society. He longs to be reunited with his family, a family that he has prayed and dreamed about his whole life complete with a mom, dad, and younger sister and 2 dogs. He aspires to go to college, work, and attend church and family gatherings. He doesn't want to miss one more milestone in his new sister or younger cousin's life. He doesn't want to miss one more birthday, Christmas, wedding, funeral or any future holidays. Mostly, he wishes to make his family proud of him again. Honoring his name, is faith, and his new father.

Austin has a very large loving close knit family who desires and prays for his return home. He is a young man with his life ahead of him and he still remains positive and still has a large bright smile in spite of his surroundings and situation he has found himself in at this time.

Your Honorable Judge Haynes as you are pondering your decision and fate for my only sons future, I will and have been praying for your mercy to release my young sons' life. That when you see his face in the days ahead and you reflect on my words and the words of those that love him dearly, that as you hear his case that is laid out you see that you see a childish boy who has learned a hard and life changing lesson. Please know that his family will be a steadfast beacon of light on his road down the righteous path should you give him back to us.

Lastly, It is my prayer that he will be released back to his family to start a life anew, not forgetting where he has been and what lead him down that darkened path, that he has learned what the world is truly like and the Law's that govern us all. That Justice has been served, and Austin has learned the consequences of what poor choices in life can bring him. I pray you allowed Austin to start his life over while his is still young enough to turn it around and take advantages of the opportunities only available while you are young enough to cease them. With Austin now having a greater perspective on life, a profound respect for others, and love for freedom, family, and self.

Yours Truly,

Paula Renee Evans Kotler
(Mother of Austin Michael Evans)

Your Honorable Judge Haynes,

My name is Jason Kotler and I am Austin Michael's step father. I additionally am the father of my 10 year old daughter (Austin's step sister) and husband to Austin's mother Paula Renee Evans Kotler. I have been working in banking the past 13 years and am currently a Vice President within CapStar Bank within the Sumner County market. I have lived in Hendersonville going on 30 years, along with my mother and father, as well my older brother and his family. We all have been very active in our community and within our church. Some of those activities are; the acting Treasurer for the Sumner County CASA, being Past President of our local Kiwanis Club, and past board member of the Community Child Care Center.

To give you some background. Austin's mother and I attended the same Hendersonville High School back in the late 80's. I considered her the girl that I couldn't get. She was the good girl from the well respected family who always made straight A's and went home right after school. Life didn't allow us to get together then. Most likely God had some life lesson's we both had to learn first. Fate continually allowed us to cross each other's path, though never meeting. Finally, just prior to Austin turning 18, Austin's mother and I finally found each other and have not been apart since. Due to our faiths, we went ahead and got married a year ago this July without Austin being able to give away his mother as they had always dreamed.

Like most boy's turning 18, Austin already considered himself a man that was ready to make his own choices and decisions. I believe this desire was even stronger for Austin than most kids his age because Austin has considered himself to be the "man of the house" since he was quite young. When I meet Austin, he was not concerned with thoughts of girls and high school things. He was asking how to start his own business, how companies get financing, and what my thoughts were on different business prospects and ventures. He desired to be out on his own even though he had a loving, supportive, and welcoming home to stay in. Austin searched for months to find a friend that was in the position to be a roommate. Unfortunately, and I believe a deciding factor in his current poor choices that lead him to be in this state, he found the ultimate wrong person that help encourage Austin down a dark path. Though through it all, and in typical Austin style, his mother and I were demanding that he continue and finish high school. So Austin signed up to take the GED. He finished taking the test the morning of his arrest. We found out later he passed.

Over this eternity of having Austin incarcerated, I have seen the boy return humbled by the world he has encountered. I have seen him find his faith. Discover new direction in his life and for his life. Place his

Page 1

Case 3:11-cr-00020 Document 110-1 Filed 07/24/13 Page 5 of 12 PageID #: 260

priorities back towards himself and his family and most importantly God. Leaving childish friends and wrongful associations behind him. I have seen a wiser, more realistic, and even a more self confident man develop. His mother and I have talked almost every night by phone with Austin since his incarceration. We have visited or the extended family has visited Austin each weekend in Kentucky. And during this time, Austin and I have built a loving and strong trusting relationship. I have finally got the son I had always wanted. And more importantly, Austin's own prayers for a father have come true in me. A strong example of what being a real man is. Not some movie version of some macho male role model he has been faking and trying to emulate all these years. Your Honor, I pray you see his growth, his maturity, and his "self" that Austin has found while imprisoned. That Austin has truly learned the hard lessons intended for his poor choices and associations. I pray you see that Austin is supported and loved by a lot of close family who he now understands he can turn to for help. That he doesn't need to feel that old burden of being "the man of the house" but can focus on his future and make the most of the time he has because now he knows what precious time he has lost. Know that Austin has changed in body, mind, and spirit. Please know that when you are able to see fit and allow Austin to finally come home, that you are releasing him into good hands. That it will be under my guidance and my responsibility as his father. And that I am willing to sacrifice, guide, advise, protect, love and support Austin with all my heart. I have already promised Austin and his mother this. Now I extend that promise to you as well.

Respectfully,

Jason M. Kotler

June 28, 2013

Dear Honorable Judge Haynes,

I am writing to you to plead for mercy on behalf of my great-nephew, Austin Evans. When deciding what sentence to give Austin, please know that the humiliation and embarrassment he feels for letting his family down is an additional punishment that he owns. He will carry this humiliation with him for the rest of his life.

Austin has a conscience and feels guilt and remorse for the wrong things he did. He has asked that his great grandparents not visit him while he is in jail. He is shameful and knows that he was taught to live life better than this. He does not want his great grandfather, a Korean War veteran, to have a memory of Austin in jail. Austin has written letters to his great grandfather apologizing for letting him down.

Our family was devastated to know that one of our own had gone down a path that resulted in being arrested. We still love him deeply. However, we understand that part of repentance is enduring punishment for ones actions.

Austin and I have written to each other many times since he has been at Grayson County Detention Center. In his letters, he expressed to me that during the time of his arrest, he was looking for acceptance in the wrong types of people, and choosing the wrong types of friends. The experience of being incarcerated over the years has made him realize that family is the most important bond in life. Austin is grateful for the love and support of his family which has remained constant when others have forgotten him.

Austin longs to be a part of his young cousins' lives. He is afraid that they will not know him when he returns home. His letters tell me how he misses holidays with cousins, aunts, uncles and grandparents. This experience has given him a grateful attitude for simple things that he may have taken for granted before. He has missed sharing life with us at births, weddings, funerals and many other occasions. As I stated before, this exclusion is an additional punishment for him. Austin is one of those people who can sit and talk to young and old, he always has love for everyone. We miss him very much.

He tells me about his goals of getting an education and being a responsible and independent adult. He wants a chance to make a positive change in his life. I am thankful that Austin has been forced to stop and think about the path that he was on.

My fear is that the longer Austin remains in an environment where his only interaction is with people who have broken the law, the less likely he is to maintain a strong and hopeful spirit. We all know that a good judge of what your life will be like in the next five years is directly related to the books you read and the people you spend time with. I beg you to give Austin a chance to be around positive people and a change of environment. Thankfully he is a young man, and his youth will be his ally in helping him

adapt and reshape his life. He has so much zeal to make some new memories and prove that he is a good person. Please give him an opportunity to give himself back some dignity by moving forward with his life in a good way.

You have a file that tells you about some bad choices that Austin has made.

I have a lifetime of sweet memories of a little boy with an enormous heart for others. I use to worry that the kids at school would take advantage of him for his huge sense of empathy. Austin was a small boy with a huge smile that was wider than his face. I always said that "one day he would grow into his big smile". I pray that he always has the will to smile, and that he does not become broken with lack of hope.

Thank you for allowing me to share some things about the Austin Evans that I know. My family will keep you in our thoughts and prayers for Austin's upcoming sentencing.

Sincerely,

*Pamela Allen*

Pamela Allen
6101 Steeplechase Drive
Pinson, Alabama 35126
205-529-2771

June 22, 2013

Honorable Judge Haynes

To whom it may concern,

First of all, my name is Glenn Basham. I am pastor of Community Praise and Worship Church and I have attended and held classes at Grayson County detention Center for over 3 years.

I was asked if I would be willing to write a letter for Mike Evens. I said that I would. Knowing this, I feel the only information that I can give you is what I have observed in Mike in the past two years.

When Mike began to come to class he acted as if he had a chip on his shoulder. Gradually, over time I saw Mike's attitude begin to change. He came in with a very strong Christian friend that was in his cell. Over the next year; Mike continued to grow. He began studying his Bible and gave his life to Christ. Mike helped out in class by leading our music. Your Honor, I cannot tell you what to do with Mike, I can tell you that I do not think that Mike is the same individual that was incarcerated a few years ago. Sometimes in life we make mistakes. And always we must pay for our mistakes. The important thing is for us to change our habits to change our ways. Sometimes the price we pay is very, very high. There's an old saying; an ounce of prevention is worth a pound of cure. Dear Sir, I think you have Mike's attention and I leave it in your hands to see whether the ounce is enough or you need the pound.

Mike has shown great changes while contemplating what lead him down this wrong path. He has found new direction in the Lord and his God centered purpose in life. I believe he has learned what the mistakes are of the past and how to avoid them in the future. To enter life again and become a productive member of society while following God's directions while being provided the support of a loving Christian mother and newly found strong father figure in his step father. I told Mike that if you go back to the same old place and do the same old things you'll end up in the same old place  Mike understands that it has to have a new direction in his life; new friends and a new place. It seems as though Mike has a support system that would help Mike as a new productive member of society.

With what I have witnessed in the past two years. I think Mike deserves a second chance. If there's are any questions that you would like to talk to me about feel free to call my number at 270 – 993 – 1402.

       Your brother in Christ,

       Glenn Basham.

June 19th, 2013

To Whom It Concerns:

I am writing this on behalf of Austin Evans, whom I have been acquainted with while serving as the Chaplain at the Grayson County Detention Center in Leitchfield, KY.

My association with Austin has been a pleasure. He has been a consistent and encouraging participant in our weekly Monday night worship, has displayed a befriending spirit and positive attitude, and has sought to make the best out of a tough situation.

I have enjoyed knowing Austin and hope this recommendation will serve him well.

Sincerely yours,

Mark Claypool, chaplain

# Pleasant View Prison Ministry

Director Chris E. Tarvin
P.O. Box 82 - Harned, KY. 40144

To Whom It May Concern:

   This is a letter of recommendation based upon the criteria outlined in the Exodus Program. This program is the culmination of data compiled as a result of over thirteen years of working in prison ministry. As a result of working with inmates over this time a great need was discovered with inmates who are released, they have a very difficult time re-entering society upon release from incarceration.
   Statistics tell us that 96% of inmates released into society will return within 4 years. The Exodus Program was designed to help them with this major adjustment in their lives. We feel the five core subjects covered in the Exodus Program will greatly benefit the inmate in transition to become more productive citizens and give them the added tools they need to stay out of lock up.
   The program covers Faith, Future, Finances, Family and Friends. This is a religious program based on scriptural truth with a practical application.
   The inmate is strongly encouraged to find a church and become active in that church. The program teaches the inmate the importance of maintaining a good relationship with their parole officer and stresses how important it is for them to follow all the parole officers' rules. The program demonstrates how to write a budget and how to live by one. The inmate will learn the pros and cons of family and friend influences and the consequences of becoming entangled with the wrong people.
   Over all we feel this program has helped the inmate establish good guide lines for their future on the outside and are encouraged by the great interest they have shown in the program by their faithfulness to attend each class. Each inmate that goes through the program will have completed 15 hours of classroom work as well as homework for each class period. *Austin Michael Evans* has completed this program.

Thank you,

Director, Chris Tarvin
Pleasant View Prison Ministry

# Exodus Program

## This Certifies That

*Austin Michael Evans*

Has completed the **Exodus Program** prescribed by the Pleasant View Prison Ministry and is therefore awarded this *Diploma*

**September 11 2012**

_____    9-1-12
Pleasant View Prison Ministry, Director Chris E. Tarvin      Date