# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 3:11-00020 |
| | ) | Chief Judge Haynes |
| | ) | |
| AUSTIN MICHAEL EVANS | ) | |

## ADDITIONAL CHARACTER LETTER ON BEHALF OF AUSTIN MICHAEL EVANS

Peter J. Strianse, Esq.
TUNE, ENTREKIN & WHITE, P.C.
Suite 1700, Regions Center
Nashville, TN 37238
(615) 244-2770

Counsel for Defendant
Austin Michael Evans

July 20, 2013

To Whom It May Concern:                    Re: Mike Kotler

My name is Charles Welling. I began a volunteer AA/NA meeting at the Grayson County Detention Center, Leitchfield, KY, in the summer of 2011. From the very beginning, Mike has attended almost *all* those meetings. I believe that he has learned to "think it through" when he has to make choices today. I also believe he has learned a great deal about God and his relationship with Him. I believe that from a spiritual standpoint, Mike has grown a lot.

I have been doing these meetings for over 12 years. I believe I can tell when a person is really ready to face society again. I think Mike is one of those persons. It has been a pleasure to have had Mike in these meetings.

Thank you for taking the time to read this letter. Feel free to call me if you wish. I remain,

Most Respectfully,

*Charles Welling*

Charles Welling,

Prayerline Associate,WJCR Christian Radio; Volunteer AA, Grayson County Detention Center, Leitchfield, KY 270/230-5459 or 270/259-9213

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, if registered, or, if unregistered in the Court's system, it has been sent via facsimile and deposited in the United States Mail, postage prepaid, to:

> Philip H. Wehby
> Assistant United States Attorney
> 110 Ninth Avenue South
> Suite A961
> Nashville, TN 37203-3870

This 24th day of July 2013.

S:/ Peter J. Strianse
PETER J. STRIANSE
