IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | No. 3:11-00020 Chief Judge Haynes |
| v. | ) ) | |
| AUSTIN MICHAEL EVANS, | ) ) | |
| Defendant. | ) ) | |

## ORDER

The sentencing hearing in this action is re-set for **Friday, July 26, 2013 at 3:30 p.m.**

It is so **ORDERED**.

ENTERED this the 24th day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court