UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:11-00020-2

UNITED STATES OF AMERICA
v.

Austin Michael Evans

(list each defendant appearing at hearing)

Judge: Chief Judge William J. Haynes, Jr.

Hearing Date: July 26, 2013

Location: (✓) Nashville   ( ) Columbia   ( ) Cookeville

Court Reporter: Peggy Turner

Court Interpreter: n/a

# CRIMINAL MINUTES

Government Attorney(s): Phil Wehby

Defense Attorney(s): Peter Strianse

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☑
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

The Court sentenced the Defendant to 60 months in the Bureau of Prisons, 3 years supervised release with the condition of 20 months in a halfway house, $100 special assessment. Judgment to follow.

Total Time in Court: 1 hour 7 minutes

KEITH THROCKMORTON, Clerk
by: Alex Scarbrough