# IN THE CRIMINAL/CIRCUIT COURT FOR SUMNER COUNTY, TENNESSEE

Case Number: 20-2010   Count: 1   Counsel for the State: C. RONALD BLANTON
Judicial District: 18th   Judicial Division: ___   Counsel for the Defendant: PETER STRIANSE

**State of Tennessee**
☐ Retained  ☐ Pub Def Appt  ☒ Private Atty Appt
vs.
☐ Counsel Waived  ☐ Pro Se

Defendant: AUSTIN EVANS   Alias: ___   Date of Birth: 04/28/1992   Sex: Male
Race: White   SSN: 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   Driver License #: ___   Issuing State: ___
State ID #: ___   County Offender ID # (if applicable): ___   TOMIS/TDOC #: ___
Relationship to ___   Victim's Age: ___
State Control #: ___   Arrest Date: 11/24/2009   Indictment Filing Date: 01/07/2010

## JUDGMENT   ☐ Original  ☐ Amended  ☒ Corrected

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.
On the 19th day of August, 2013, the defendant:

☒ Pled Guilty   ☐ Dismissed/Nolle Prosequi
☐ Pled Nolo
☐ Pled Guilty – Certified Question Findings Incorporated by Reference

**Indictment:** Class (circle one)  1st A B **C** D E   ☒ Felony ☐ Misdemeanor
Indicted Offense Name AND TCA §: 39-14-403 ~ AGGRAVATED BURGLARY
Amended Offense Name AND TCA §: ___
Offense Date: 11/20/2009   County of Offense: SUMNER COUNTY
Conviction Offense Name AND TCA §: 39-14-403 ~ AGGRAVATED BURGLARY

Is found: ☐ Guilty  ☐ Not Guilty
☐ Jury Verdict  ☐ Not Guilty by Reason of
☐ Bench Trial

**Conviction:** Class (circle one)  1st A B **C** D E   ☒ Felony ☐ Misdemeanor
Is this conviction offense methamphetamine related? ☐ Yes ☒ No
Sentence Imposed Date: 08/19/2013

After considering the evidence, the entire record, and in the case of sentencing, all factors in Tennessee Code Annotated Title 40, Chapter 35, all of which are incorporated by reference herein, it is ORDERED and ADJUDGED that the conviction described above is imposed hereby and that a sentence and costs are imposed as follows:

**Offender Status** (Check One)
☐ Mitigated
☒ Standard
☐ Multiple
☐ Persistent
☐ Career
☐ Repeat Violent

**Release Eligibility** (Check One)
☐ Mitigated 20%   ☐ Agg Rob w/Prior 100%   ☐ 1st Degree Murder
☐ Mitigated 30%   ☐ Multiple Rapist 100%   ☐ Drug Free Zone
☒ Standard 30%   ☐ Child Rapist 100%   ☐ Gang Related
☐ Multiple 35%   ☐ Child Predator 100%
☐ Persistent 45%   ☐ Agg Rapist 100%
☐ Career 60%   ☐ Mult 39-17-1324 100%
☐ Agg Rob 85%   ☐ Att 1st Degree Murder w/SBI 85%
☐ Violent 100%   ☐ Agg Child Neglect/Endangerment 70%
☐ Repeat Viol 100%   ☐ Agg Assault w/Death 75%

**Concurrent with:** Count 2; USA v. Evans, #3:11-00020
**Consecutive to:**

**Pretrial Jail Credit Period(s):**
From 12/17/2010 to 08/19/2013
From ___ to ___
From ___ to ___
From ___ to ___

**Sentenced To:** ☒ TDOC  ☐ County Jail  ☐ Workhouse   ** TO SERVE **
**Sentence Length:** 3 Years ___ Months ___ Days ___ Hours   ☐ Life ☐ Life w/out Parole ☐ Death

Mandatory Minimum Sentence Length: ___ 39-17-417, 39-13-513, 39-13-514, or 39-17-432 in Prohibited Zone or ___ 55-10-401 DUI 4th Offense or ___ 39-17-1324 Possession/Employment of Firearm or ___ 40-39-208, -211 Violation of Sex Offender Registry
Period of incarceration to be served prior to release on probation or Community Corrections: ___ Months ___ Days ___ Hours
Minimum service prior to eligibility for work release, furlough, trusty status and rehabilitative programs: ___% (Misdemeanor Only)
**Alternative Sentence:** ☐ Sup Prob ☐ Unsup Prob ☐ Comm Corr (CHECK ONE BOX) ___ Years ___ Months ___ Days  Effective: ___
WAS DRUG COURT ORDERED AS A CONDITION OF THE ALTERNATIVE SENTENCE? ☐ Yes ☒ No

**Court Ordered Fees and Fines:**   **Costs to be Paid by** ☒ Defendant ☐ State
$ ___ Court Costs
$ ___ Fine Assessed
$ ___ Traumatic Brain Injury Fund (68-55-301 et seq.)
$ ___ Drug Testing Fund (TN Drug Control Act)
$ ___ CICF   $ ___ Sex Offender Tax
$ ___ Other: ___

**Restitution:** Victim Name ___
Address ___
Total Amount $ ___   Per Month $ ___
☐ Unpaid Community Service: ___ Hours ___ Days ___ Weeks ___ Months

☒ The Defendant having been found guilty is rendered infamous and ordered to provide a biological specimen for the purpose of DNA analysis.
☐ Pursuant to 39-13-521 the defendant is ordered to provide a biological specimen for the purpose of HIV testing.
☐ Pursuant to 39-13-524 the defendant is sentenced to community supervision for life following sentence expiration.
☐ Pursuant to Title 68, Chapter 11, Part 10, the clerk shall forward this judgment to the Department of Health.

**Special Conditions**

Concurrent with Federal sentence.

___ DEE DAVID GAY ___   ___   08/19/2013
Judge's Name   Judge's Signature   Date of Entry of Judgment

___ Counsel for State/Signature (optional)   ___ Defendant/Defendant's Counsel/Signature (optional)

I ___, clerk, hereby certify that, before entry by the court, a copy of this judgment was made available to the party or parties who did not provide a signature above.

Case 3:11-cr-00020   Document 117-1   Filed 08/23/13   Page 1 of 2 PageID #: 288

CR-3419 (Rev. 7/1/13)   RDA 1167

# IN THE CRIMINAL/CIRCUIT COURT FOR SUMNER COUNTY, TENNESSEE

Case Number: __20-2010__  Count: __2__  Counsel for the State: __C. RONALD BLANTON__
Judicial District: __18th__  Judicial Division: _____  Counsel for the Defendant: __PETER STRIANSE__

**State of Tennessee**
☐ Retained  ☐ Pub Def Appt  ☑ Private Atty Appt
vs.
☐ Counsel Waived  ☐ Pro Se

Defendant: __AUSTIN EVANS__  Alias: _____  Date of Birth: __04/28/1992__  Sex: __Male__
Race: __White__  SSN: __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__  Driver License #: _____  Issuing State: _____
State ID #: _____  County Offender ID # (if applicable): _____  TOMIS/TDOC #: _____
Relationship to _____  Victim's Age: _____
State Control #: _____  Arrest Date: __11/24/2009__  Indictment Filing Date: __01/07/2010__

**JUDGMENT**  ☐ Original  ☐ Amended  ☑ Corrected

**Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.**
On the __19th__ day of __August__, __2013__, the defendant:

☑ Pled Guilty  ☐ Dismissed/Nolle Prosequi
☐ Pled Nolo
☐ Pled Guilty – Certified Question Findings Incorporated by Reference

**Indictment:** Class (circle one)  1st  A  B  **C**  D  E   ☑ Felony  ☐ Misdemeanor
Indicted Offense Name AND TCA §: __39-14-103 ~ THEFT OF PROPERTY - $10,000-$60,000__
Amended Offense Name AND TCA §: _____
Offense Date: __11/20/2009__  County of Offense: __SUMNER COUNTY__
Conviction Offense Name AND TCA §: __39-14-103 ~ THEFT OF PROPERTY - $10,000-$60,000__

Is found: ☐ Guilty  ☐ Not Guilty
☐ Jury Verdict  ☐ Not Guilty by Reason of
☐ Bench Trial

**Conviction:** Class (circle one)  1st A  B  **C**  D  E   ☑ Felony  ☐ Misdemeanor
Is this conviction offense methamphetamine related?  ☐ Yes  ☑ No
Sentence Imposed Date: __08/19/2013__

After considering the evidence, the entire record, and in the case of sentencing, all factors in Tennessee Code Annotated Title 40, Chapter 35, all of which are incorporated by reference herein, it is ORDERED and ADJUDGED that the conviction described above is imposed hereby and that a sentence and costs are imposed as follows:

**Offender Status** (Check One)
☐ Mitigated
☑ Standard
☐ Multiple
☐ Persistent
☐ Career
☐ Repeat Violent

**Release Eligibility** (Check One)
☐ Mitigated 20%  ☐ Agg Rob w/Prior 100%  ☐ 1st Degree Murder
☐ Mitigated 30%  ☐ Multiple Rapist 100%  ☐ Drug Free Zone
☑ Standard 30%  ☐ Child Rapist 100%  ☐ Gang Related
☐ Multiple 35%  ☐ Child Predator 100%
☐ Persistent 45%  ☐ Agg Rapist 100%
☐ Career 60%  ☐ Mult 39-17-1324 100%
☐ Agg Rob 85%  ☐ Att 1st Degree Murder w/SBI 85%
☐ Violent 100%  ☐ Agg Child Neglect/Endangerment 70%
☐ Repeat Viol 100%  ☐ Agg Assault w/Death 75%

**Concurrent with:** Count 1; USA v. Evans, #3:11-00020

**Consecutive to:**

**Pretrial Jail Credit Period(s):**
From __12/17/2010__ to __08/19/2013__
From _____ to _____
From _____ to _____
From _____ to _____

**Sentenced To:**  ☑ TDOC  ☐ County Jail  ☐ Workhouse  ** TO SERVE **
**Sentence Length:** __3__ Years ____ Months ____ Days ____ Hours  ☐ Life  ☐ Life w/out Parole  ☐ Death

Mandatory Minimum Sentence Length: ____ 39-17-417, 39-13-513, 39-13-514, or 39-17-432 in Prohibited Zone or ____ 55-10-401 DUI 4th Offense
or ____ 39-17-1324 Possession/Employment of Firearm or ____ 40-39-208, -211 Violation of Sex Offender Registry
Period of incarceration to be served prior to release on probation or Community Corrections: ____ Months ____ Days ____ Hours
Minimum service prior to eligibility for work release, furlough, trusty status and rehabilitative programs: ____% (Misdemeanor Only)
**Alternative Sentence:** ☐ Sup Prob  ☐ Unsup Prob  ☐ Comm Corr (CHECK ONE BOX) ____ Years ____ Months ____ Days Effective: _____
WAS DRUG COURT ORDERED AS A CONDITION OF THE ALTERNATIVE SENTENCE?  ☐ Yes  ☑ No

**Court Ordered Fees and Fines:**    **Costs to be Paid by**
$ _____ Court Costs                ☑ Defendant  ☐ State
$ _____ Fine Assessed
$ _____ Traumatic Brain Injury Fund (68-55-301 et seq.)
$ _____ Drug Testing Fund (TN Drug Control Act)
$ _____ CICF        $ _____ Sex Offender Tax
$ _____ Other: _____

**Restitution:** Victim Name _____
Address _____
_____
Total Amount $ _____  Per Month $ _____
☐ Unpaid Community Service: ____ Hours ____ Days ____ Weeks ____ Months

☑ The Defendant having been found guilty is rendered infamous and ordered to provide a biological specimen for the purpose of DNA analysis.
☐ Pursuant to 39-13-521 the defendant is ordered to provide a biological specimen for the purpose of HIV testing.
☐ Pursuant to 39-13-524 the defendant is sentenced to community supervision for life following sentence expiration.
**Special Conditions**  ☐ Pursuant to Title 68, Chapter 11, Part 10, the clerk shall forward this judgment to the Department of Health.

_____    _____    __08/19/2013__
DEE DAVID GAY              Judge's Signature          Date of Entry of Judgment
Judge's Name

_____    _____
Counsel for State/Signature (optional)    Defendant/Defendant's Counsel/Signature (optional)

I _____, clerk, hereby certify that before entry by the court, a copy of this judgment was made available to the party or parties who did not provide a signature above.

RDA 1167

Case 3:11-cr-00020  Document 117-1  Filed 08/23/13  Page 2 of 2  PageID #: 289