UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:11-cr-00020-2 |
| ) | Chief Judge Haynes |
| AUSTIN MICHAEL EVANS ) | |

**MOTION TO REVISE PRESENTENCE REPORT**

*[Handwritten annotation: The motion is GRANTED and the U.S. Probation Officer shall make the correction in the Defendant's PSR. /s/ 8-26-13]*

COMES NOW the Defendant, **Austin Michael Evans**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an Order revising the presentence report to reflect that a Sumner County probation violation case has been resolved and that the Sumner County Sheriff's Office has lifted its detainer. In support hereof, Defendant states as follows:

1. On July 26, 2013, this Court committed the Defendant to the custody of the Bureau of Prisons to be imprisoned for a term of sixty (60) months followed by a three (3) year term of supervised release with a special condition that he be placed in a halfway house for twenty (20) months. (Docket Entry 115).

2. The Presentence Report currently reflects a "detainer" lodged by the Sumner County, Tennessee, Sheriff's Office (page 1) and a pending Sumner County probation violation warrant (page 10, paragraph 30).

3. On August 19, 2013, Mr. Evans appeared with undersigned counsel in the Criminal Court for Sumner County, Tennessee, and resolved the pending probation violation reflected in the Presentence Report. He admitted the violation, was sentenced to a term of three (3) years to run concurrently with the sentence imposed by this Court with jail credit from

1