

| | | | |
|---|---|---|---|
| **Name:** | EVANS, AUSTIN MICHAEL | **Institution:** | MANCHESTER FCI |
| **Register Number:** | 20497-075 | | P.O. BOX 3000 |
| **Security/Custody:** | MEDIUM/IN | | MANCHESTER, KY 40962 |
| **Projected Release:** | 04-24-2015 / GCT REL | **Telephone:** | (606) 598-1900 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 06-08-2015 | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 03-20-2016 | **FBI Number:** | 713812FD9 |
| **Age/DOB/Sex:** | 22 / 04-28-1992 / M | **DCDC Number:** | |
| **CIM Status:** | N | **INS Number:** | |
| | | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | Paula Kotler, Mother<br>139 ASHLAND POINTE<br>HENDERSONVILLE, TN 37075 | **Release Employer:**<br>**Contact** | [Name]<br>[Address]<br>[POC] |
| **Telephone:** | (615) 497-0185 | **Telephone:** | |

| | | | |
|---|---|---|---|
| **Primary Emergency Contact:** | Paula Kotler, Mother<br>139 ASHLAND POINTE<br>HENDERSONVILLE, TN 37075 | **Secondary Emergency Contact:** | Jason Kotler, Step-Father<br>139 ASHLAND POINTE STREET<br>HENDERSONVILLE, TN 37075 |
| **Telephone:** | (615) 497-0185 | **Telephone:** | (615) 337-2809 |

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| | 60 MONTHS | 3559 PLRA SENTENCE | 3 YEARS |

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status | |
|---|---|---|---|---|---|
| 07-26-2013 | 4 YEARS 2 MONTHS 24 DAYS / 953 / 0 | 235 / 0 / 0 | 0 / 0 / 0 | Hearing Date:<br>Hearing Type:<br>Last USPC Action: | NOT ENTERED |

**Detainers:** N

**Special Parole Term:** NOT ENTERED
**Pending Charges:**
**Cim Status:** N         **Cim Reconciled:** [Y/N/NA]

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $100.00 | $0.00 | 3:12-00206 / FTNM | FINANC RESP-COMPLETED |

**Financial Plan**
**Active:** N          **Comm Dep-6 mos:** $2069.30
**Financial Plan Date:** 10-30-2013     **Commissary Balance:** $435.26

**Payments**
**Commensurate:** Y
**Missed:** N

**Judicial Recommendations:** Alabama area / subs. abuse / None

**Special Conditions of Supervision:** Defendant will be placed in a half-way house for twenty (20) months as a condition of his supervised release.

# INMATE SKILLS DEVELOPMENT PLAN
# PROGRAM REVIEW: 03-11-2015

| USPO Sentencing: | Bob Musser, Chief<br>Tennessee Middle Probation Office<br>Estes Kefauver United States Courthouse Annex<br>110 Ninth Avenue South Room A-725<br>Nashville, TN 37203 | USPO Relocation: | [POC]<br>[District]<br>[Street Address/Suite]<br>[City], [State] [Zip] |
| --- | --- | --- | --- |
| Phone/Fax: | 615-736-5771 / 615-736-5519 | Phone/Fax: | [Phone] / [Fax] |

| Subject to 18 U.S.C. 4042(B) Notification: | Y | DNA Required: | Y - 10-31-2013 |
| --- | --- | --- | --- |
| • Conviction for a drug trafficking crime (federal) | | Treaty Transfer Case: | N |

**Profile Comments:**

## EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
| --- | --- | --- | --- | --- |
| MAN | GED HAS | COMPLETED GED OR HS DIPLOMA | 11-04-2013 | CURRENT |
| MAN | ESL HAS | ENGLISH PROFICIENT | 11-04-2013 | CURRENT |

## COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
| --- | --- | --- |
| CARPENTRY AM: M,T,R,F | 11-18-2014 | 195 |
| CALISTHENICS CLASS | 06-11-2014 | 2 |
| MASONRY PM: M,W,F | 05-05-2014 | 114 |
| ABDOMINAL CLASS | 03-26-2014 | 2 |
| SPINNING-FCI BEGINNERS | 01-16-2014 | 1 |
| RPP#5 RELEASE PREP PROG A&O | 11-14-2013 | 1 |

## HIGH TEST SCORES

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
| --- | --- | --- | --- | --- | --- | --- |
| Inmate has no score history items in this area | | | | | | |

## WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
| --- | --- | --- | --- | --- |
| MAN | ORD LAUR A | ORDERLY LAUR A | 01-01-2015 | CURRENT |

## WORK HISTORY

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
| --- | --- | --- | --- | --- |
| | | Inmate has no work history items in this area | | |

## DISCIPLINE HISTORY

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
| --- | --- | --- | --- | --- |
| Inmate has no disciplinary history items in this area | | | | |

## MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
| --- | --- | --- | --- | --- |

| | | | | |
|---|---|---|---|---|
| MAN | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-30-2013 | CURRENT |

**MOVEMENT HISTORY**

| Facility | Assignment | Start Date | Stop Date |
|---|---|---|---|
| | Inmate has no movement history items in this area | | |

**CASE MANAGEMENT ASSIGNMENTS**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| MAN | RPP UNT C | RELEASE PREP UNIT PGM COMPLETE | 04-17-2014 | CURRENT |
| MAN | RPP PART | RELEASE PREP PGM PARTICIPATES | 11-07-2013 | CURRENT |
| MAN | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 10-30-2013 | CURRENT |

**MEDICAL DUTY STATUS ASSIGNMENTS**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| MAN | NO PAPER | NO PAPER MEDICAL RECORD | 10-31-2013 | CURRENT |
| MAN | YES F/S | CLEARED FOR FOOD SERVICE | 10-31-2013 | CURRENT |
| MAN | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-31-2013 | CURRENT |

## ACADEMIC  *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>ⓘ has NOT attended special education classes |
| ✓ | **LITERACY**<br>⊕ GED obtained<br>ⓘ obtained through BOP |
| ✓ | **LANGUAGE**<br>⊕ fluent in English as primary language |
| ✓ | **COMPUTER SKILLS**<br>⊕ possesses keyboarding skills<br>⊕ possesses word processing skills<br>⊕ possesses internet navigation skills |

### Progress and Goals

Previous TEAM 03-11-2015

Current TEAM

## VOCATIONAL/CAREER  *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **EMPLOYMENT HISTORY**<br>ⓘ unemployed at time of arrest<br>⊖ no consistent history of employment 5 years prior to incarceration<br>ⓘ sporadic history of employment (frequent, non-promotional job changes) |
| ❗ | **CAREER DEVELOPMENT**<br>⊖ does not possess significant expertise in field<br>⊖ no realistic career/job goals upon release |
| ✓ | **INSTITUTION WORK HISTORY**<br>⊕ has a consistent institution work history<br>Eval: 02-28-2015 Good<br>Eval: 01-31-2015 Good<br>Eval: 12-31-2014 Good<br>Eval: 11-30-2014 Good<br>Eval: 10-31-2014 Good<br>Eval: 09-30-2014 Good |
| ❗ | **POST INCARCERATION EMPLOYMENT**<br>⊖ post-incarceration employment not secured<br>ⓘ unable to locate employment<br>⊖ no release documents obtained to date |

## VOCATIONAL/CAREER    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| **Previous TEAM 03-11-2015**<br>Continue programming until release on 06-08-2015.<br>(FINAL PROGRAM REVIEW)<br>**Current TEAM** |

## INTERPERSONAL    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **RELATIONSHIPS**<br>⊕ no adverse life experiences<br>⊕ no negative peer influences prior to incarceration |
| ✓ | **FAMILY TIES/SUPPORT SYSTEM**<br>⊕ consistent social support available<br>   Immediate Family: Financial<br>   Immediate Family: Emotional<br>   Immediate Family: General<br>   Relative: Emotional<br>   Relative: General<br>   Friend: Emotional<br>   Friend: General |
| ⊘ | **PARENTAL RESPONSIBILITY**<br>ⓘ no children under the age of 21<br>ⓘ no children under the age of 21 financially responsible for<br>ⓘ RRC (MINT) Placement is not applicable |
| ✓ | **COMMUNICATION**<br>⊕ displays good communication skills |
| | **Progress and Goals** |
| | **Previous TEAM 03-11-2015**<br>Continue programming until release on 06-08-2015.<br>(FINAL PROGRAM REVIEW)<br>**Current TEAM** |

**WELLNESS**  \*\*\* Disregard Response Summary and utilize only the Progress & Goals section \*\*\*

| Status | Response Summary |
|---|---|
| ⊖ | **HEALTH PROMO/DISEASE PREVENT**<br>⊖ overweight<br>ⓘ height 5 ft. 6 in.<br>ⓘ weight (lbs) 180<br>ⓘ BMI Score 29<br>ⓘ date calculated 11-05-2013<br><br>⊖ no regular exercise<br><br>⊕ no evidence of behaviors associated with increased risk of infectious disease<br><br>⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco)<br><br>⊕ had a primary care provider or clinic (prior to incarceration)<br>⊖ does not have health insurance coverage upon release |
| ✓ | **DISEASE/ILLNESS MANAGEMENT**<br>⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required<br><br>⊕ healthy - No current health concerns<br>⊕ no dental problems<br>⊕ no non-routine services/assistance devices needed |
| ✓ | **TRANSITIONAL PLAN**<br>⊕ does not require medication upon release from custody<br>⊕ does not require on-going treatment or follow-up after release from custody<br>ⓘ TB Clearance Complete - See Exit Summary<br>⊕ health Services recommends for RRC placement |
| ⊘ | **GOVERNMENT ASSISTANCE**<br>ⓘ has not previously received Social Security assistance<br>ⓘ inmate indicates he/she may not be eligible for Social Security assistance after release<br><br>ⓘ has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard<br>ⓘ spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard |

### Progress and Goals

**Previous TEAM 03-11-2015**

Continue programming until release on 06-08-2015.
(FINAL PROGRAM REVIEW)

**Current TEAM**

## MENTAL HEALTH         *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⊘ | **SUBSTANCE ABUSE MANAGEMENT**<br>⊖ evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest<br>　alcohol: Weekly<br>　marijuana/hashish: Daily<br>　opium/morphine/demeral: Daily<br>　other (ECSTACY): Monthly<br>　other (PSILOCYBIN): Monthly<br><br>ⓘ history of substance abuse treatment<br>⊖ unsuccessful substance abuse treatment:<br>　self-help/NA/AA: Incomplete<br>ⓘ not currently participating in substance abuse treatment |
| ⊘ | **MENTAL ILLNESS MANAGEMENT**<br>⊕ no history of mental health diagnosis prior to incarceration<br><br>ⓘ mental health diagnosis during incarceration<br>ⓘ substance related disorders<br>⊖ further mental disorder treatment required<br>ⓘ inmate agrees and/or seeks treatments<br>ⓘ inmate is compliant with treatment<br><br>⊕ no history of serious suicidal ideation or attempts |
| ⊘ | **TRANSITIONAL PLAN**<br>⊕ no medication required upon release from custody<br>⊖ requires on-going treatment after release from custody<br>⊖ treatment required: Substance Abuse TX: Aftercare Services / Relapse Prevention Services<br>⊖ follow-up medical/mental health appointment: TDAT at RRC or as directed by USPO<br>⊕ psychology services recommends RRC placement |
| | **Progress and Goals** |
| | Previous TEAM 03-11-2015<br><br>Current TEAM |

## COGNITIVE         *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⊘ | **GENERAL BEHAVIOR**<br>⊖ evidence of behavioral problems as a juvenile<br>ⓘ truancy<br>ⓘ arrest record as a juvenile<br>ⓘ other: Theft of property under $500.00. Possession of Alcohol, Possession of a Weapon on School Property. Burglary.<br><br>⊕ no evidence of behavioral problems as an adult |
| ⊘ | **CRIMINAL BEHAVIOR**<br>⊖ onset of criminal behavior before the age of 14 |

## COGNITIVE

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| | |
|---|---|
| | ⊖ criminal versatility: convictions in 3 or more categories |
| | ⊕ no significant history of violence: Less than 2 violent convictions |

**Progress and Goals**

**Previous TEAM 03-11-2015**

Continue programming until release on 06-08-2015.
(FINAL PROGRAM REVIEW)

**Current TEAM**

## CHARACTER

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⚠ | **PERSONAL CHARACTER**<br>⊖ no history of behaviors indicative of positive personal character<br>ⓘ religious assignment: OTHER<br><br>⊕ no evidence easily influenced by other |
| ⚠ | **PERSONAL RESPONSIBILITY**<br>ⓘ reports responsibility for current incarceration as:<br>⊕ self (sole responsibility)<br><br>⊖ no efforts to make amends for their crime(s) |

**Progress and Goals**

**Previous TEAM 03-11-2015**

Continue programming until release on 06-08-2015.
(FINAL PROGRAM REVIEW)

**Current TEAM**

## LEISURE

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **USE OF LEISURE TIME**<br>⊕ activities indicative of positive use of leisure time;<br>⊕ family time<br>⊕ sports/exercise<br>⊕ movies/television/music<br>⊕ computers/video games<br>⊕ reading<br>⊕ cultural events/concerts/theater<br>⊕ hobbies (includes hunting, fishing, etc.) |

## LEISURE　　　*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| **Previous TEAM 03-11-2015**<br>Continue programming until release on 04-24-2015.<br>(FINAL PROGRAM REVIEW)<br>**Current TEAM** |

## DAILY LIVING　　　*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊕ knowledge in maintaining savings account<br>⊕ knowledge in utilizing an ATM debit card<br>⊕ knowledge in obtaining loans<br>⊕ has an established positive credit history<br>⊕ lived within financial means<br>⊕ pays monthly bills on time |
| ✓ | **FOOD MANAGEMENT**<br>⊕ possesses grocery shopping/consumer skills<br>⊕ makes good nutritional choices to maintain health<br>⊕ possesses basic food preparation skills<br>⊕ knowledgeable in accessing community resources to obtain food |
| ✓ | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation<br>ⓘ quarters assignment: HOUSE L/RANGE 02/BED 912U |
| ❗ | **TRANSPORTATION**<br>⊖ does not have valid driver's license<br>⊕ No outstanding motor vehicle violations<br><br>⊖ does not own personal vehicle with appropriate insurance<br>⊕ possesses public transportation skills and has access to public transportation |
| ❗ | **IDENTIFICATION**<br>⊖ does not have photo identification<br>⊖ does not have birth certificate<br>⊖ does not have social security card |
| ✓ | **HOUSING**<br>⊕ established housing year prior to incarceration<br>ⓘ established housing: no financial contribution toward housing<br>ⓘ established housing: lived with family<br>ⓘ established housing: publicly assisted<br>ⓘ established housing not in a high crime neighborhood<br><br>⊕ housing upon release<br>ⓘ not applicable - supervision district a relocation |

## DAILY LIVING      *** Disregard Response Summary and utilize only the Progress & Goals section ***

|   |   |
|---|---|
|   | ⓘ anticipated housing plan approved by USPO(s)<br>ⓘ no concerns with anticipated housing plan |
|  | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**<br>⊖ not recommended for RRC placement<br>ⓘ Managment Decision: Evans has 20 months of Public Law Placement upon release recommended by the Judge. |
|  | **FAMILY CARE**<br>⊕ not responsible for obtaining child care for any dependent children upon release<br>⊕ not responsible for obtaining elder care for any dependent(s) upon release<br>⊕ not responsible for obtaining any other special services for dependents upon release |

### Progress and Goals

**Previous TEAM 03-11-2015**

Continue programming until release on 04-24-2015.
(FINAL PROGRAM REVIEW)

**Current TEAM**

## INMATE SKILLS STATUS

| Status | Initial Assessment 11-07-2013 | Previous Assessment 03-11-2015 | Current Assessment 03-11-2015 |
|---|---|---|---|
| Attention Required | 23.9% | 35% | 35% |
| Mitigating Issues | 0% | 0% | 0% |
| Unanswered | 18.3% | 0% | 0% |
| Satisfactory | 54.4% | 61.7% | 61.7% |
| Not Applicable | 3.3% | 3.3% | 3.3% |

| Skill Area | Attention Required | Mitigating Issues | Unanswered | Satisfactory | Not Applicable |
|---|---|---|---|---|---|
| Academic | 0% | 0% | 0% | 100% | 0% |
| Vocational/Career | 75% | 0% | 0% | 25% | 0% |
| Interpersonal | 0% | 0% | 0% | 90% | 10% |
| Wellness | 15% | 0% | 0% | 65% | 20% |
| Mental Health | 60% | 0% | 0% | 40% | 0% |
| Cognitive | 65% | 0% | 0% | 35% | 0% |
| Character | 50% | 0% | 0% | 50% | 0% |
| Leisure | 0% | 0% | 0% | 100% | 0% |
| Daily Living | 50% | 0% | 0% | 50% | 0% |

# Office of Vocational Training, FCI Manchester
## Accredited Through Clay County Area Technology Center

This is to certify that

*Austin Evans*

has completed the training for the class

**Masonry**
**114 Credit Hours**

on this date of

**May 5, 2014**

under the direction of
Vocational Training
FCI Manchester
Manchester, Kentucky

in accordance with the basic standards of training established by Vocational Training/Educational Services

_____
Jared Craft, VT Instructor
FCI Manchester

_____
Anthony Young, Principal
Clay County Area Technology Center

_____
Keith Pray, Supervisor of Education
FCI Manchester

# Office of Vocational Training, FCI Manchester
## Accredited Through Clay County Area Technology Center



This is to certify that

*Evans, Austin*

has completed the training for the class

**Carpentry**
**195 Credit Hours**

on this date of

**November 18, 2014**

under the direction of
Vocational Training
FCI Manchester
Manchester, Kentucky

in accordance with the basic standards of training established by Vocational Training/Educational Services

Keith Pray, Supervisor of Education
FCI Manchester

Anthony Young, Principal
Clay County Area Technology Center

Robert Marcum, Education Specialist
FCI Manchester

# Bureau of Prisons
# Psychology Services
# Group Participation

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EVANS, AUSTIN | | Reg #: | 20497-075 |
| Date of Birth: | 04/28/1992 | Sex: M | Facilitator: | (P)Madden, A. MA/DTS |
| Date: | 09/04/2014 | Group Facility: MAN | Group Title: | [51] FCI DRG ED #44 |

Status: Completed
Enroll Date: 09/04/2014  End Date: 11/20/2014
Total Hours: 10.5

## SESSION DATA:

Number of Sessions: 9  First Session Date: 09/18/2014  Last Session Date: 11/20/2014

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 11/20/2014 | Final Exam | 90 | Complete Session | Good | Not Apply |
| 11/06/2014 | Substances of Abuse | 90 | Complete Session | Good | Not Apply |
| 10/30/2014 | Stages of Change | 90 | Complete Session | Good | Not Apply |
| 10/23/2014 | No Group - DTS at Training | 0 | Incomplete Session | Not Apply | Not Apply |
| 10/16/2014 | Biopsychosocial Model | 90 | Complete Session | Good | Not Apply |
| 10/09/2014 | ABC's of Rational Thinking | 90 | Complete Session | Good | Not Apply |
| 10/02/2014 | Marijuana & Physiology | 90 | Complete Session | Good | Not Apply |
| 09/25/2014 | No Group - Operational Review | 0 | Incomplete Session Not | Not Apply | Not Apply |
| 09/18/2014 | Introductions | 90 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 77.8 % | Good | 77.8 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 11.1 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 11.1 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 22.2 % | | |
| Absent Not Excused | 0.0 % | | | | |

## TEST DATA:

| Date | Title | Type | Score |
|---|---|---|---|
| 11/20/2014 | Final Exam | Posttest | 110 |

# Certificate of Achievement

This certifies that

Austin Evans

has satisfactorily completed

Freedom from Drugs

Consisting of __15__ Hours of Training

This certificate is hereby issued this __20th__ day of __November__, 20__14__

_Dr. Harris_
Dr. Harris, Ph. D., DAPC

_A. Madden_
A. Madden, M. A., DTS