UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:11-cr-00020-2 |
| ) | Senior Judge Haynes |
| AUSTIN MICHAEL EVANS ) | |

*For the reasons stated on the record, Defendant's motion is DENIED.* (handwritten annotation, signed)

## MOTION OF DEFENDANT AUSTIN MICHAEL EVANS TO MODIFY CONDITION OF SUPERVISED RELEASE

**COMES NOW** the Defendant, **Austin Michael Evans,** by and through his undersigned counsel, and pursuant to 18 U.S.C.§ 3583(e)(2) & Fed.R.Crim.P. 32.1(b), hereby respectfully requests that the Court enter an Order modifying *Special Supervised Release Condition No. 2* by converting the 20-month halfway house residency requirement to a period of home detention. In support hereof, Defendant states as follows:

1. On July 26, 2013, this Court sentenced Defendant Evans to a term of sixty (60) months incarceration and a three (3) year term of supervised release on his drug conspiracy conviction. (*Judgment,* Docket Entry 115). As a special condition of the three-year term of supervised release, the Court ordered that "Defendant will be placed in a halfway house for twenty (20) months as a condition of his supervised release." *Id.* at p. 4, *Special Supervised Release Condition No. 2.* The Court was motivated to impose this "split-sentence" to ensure that Mr. Evans, who was 18 years of age at the time of the offense and had been continuously detained pending trial, would receive needed vocational training as well as drug and alcohol treatment. Mr. Evans has been at the halfway house since April 24, 2015.

2. Mr. Evans had an exemplary record while in the custody of the BOP, taking advantage of skills development in masonry and carpentry and completed a number of courses