Jan, 12, 2016

To whom it may concern,

I'm writing regarding my Transcripts from my final sentencing on 7/26/2013. My Case docket number is 3:11-cr-00020-2. I can be reached by letter at 808 Lea Ave, Nashville, TN 37203. Please enclose the amount that needs to be paid for the transcripts.

Thank you,
Austin Michael Evans
#20497-075

**RECEIVED**
**IN CLERK'S OFFICE**
JAN 1 5 2016
**U.S. DISTRICT COURT**
**MID. DIST. TENN.**