Austin Evans
808 10th Ave
Nashville TN 37203

NASHVILLE TN 372
13 JAN 2016 PM 1 L

Office of the Clerk
US District Court
110 9th Ave South
Nashville, TN 37203-3849

RECEIVED
IN CLERK'S OFFICE
JAN 1 5 2016
U.S. DISTRICT COURT
MID. DIST. TENN.