IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-cr-00020-2 |
| ) | Senior Judge Haynes |
| AUSTIN MICHAEL EVANS ) | |

## ORDER

Before the Court is Defendant's letter requesting transcripts (Docket Entry No. 151). The clerk shall notify the court reporter, who shall provide Defendant with an estimate of the costs of transcripts.

It is so **ORDERED**.

ENTERED this the 21 day of January, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge