***LEGAL MAIL***

USA v. Pecora, et al
S/H
3:11-cr-20-2
7/26/13

Peggy Gill Foster
Registered Professional Reporter
3188 Lewisburg Highway
Petersburg, TN 37144

January 20, 2016

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JAN 29 2016

DEPUTY CLERK

Austin Michael Evans
808 Lea Avenue
Nashville, TN 37203

Dear Mr. Evans,

Your request to receive a copy of the transcript of your sentencing hearing of July 26, 2013 was referred to me. The transcript has not been ordered. The cost for original transcripts with a 30-day delivery turn-around time is $3.65 per page, and this hearing would be about 32 pages, for a total of approximately $116.80. If you are interested in ordering the transcript, please make a money order out to Peggy Foster and send it to the above address.

I regret that I cannot prepare a transcript unless payment arrangements have been made.

If you have any further questions, please let me know. I will wait to hear from you.

Sincerely,

Peggy Gill Foster