UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:11-00020 |
| | ) Senior Judge Haynes |
| AUSTIN MICHAEL EVANS | ) |

**MOTION TO CONTINUE HEARING ON REPORT ON OFFENDER UNDER SUPERVISION**

*ORDER*

This motion is **GRANTED**. The hearing is reset for March 8, 2016 at 1:00 p.m.

/s/ [signature]
WBH
2-22-16

**COMES NOW** the Defendant, **Austin Michael Evans**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an Order continuing the hearing on a *Report on Offender Under Supervision* from Monday, February 22, 2016 at 3:00 p.m., to a later date convenient to the Court and counsel. In support hereof, Defendant states as follows:

1. On February 12, 2016, the Court entered an order setting a hearing on a *Report on Offender Under Supervision* for Monday, February 22, 2016 at 3:00 p.m. (Docket Entry 154). This is the first setting for a hearing in this supervision matter.

2. Undersigned counsel has an evidentiary hearing in *State v. Wendy Askins, Putnam County Criminal Action No. 13-0074,* in Cookeville, Tennessee, today. The time for the hearing in the *Askins* case has been moved to 10:30 a.m. Putnam County is located in the Thirteenth Judicial District and the district operates on terms of court. This means that dockets in the respective counties which comprise the district are particularly heavy when court is periodically in session. Undersigned counsel is unable to predict if the hearing will begin promptly at 10:30 a.m. or will be moved to a time later in the day which will obviously conflict with the setting of the *Evans* matter in this Court.

1