Your Honor,

I am Jason Kotler and my wife is Paula Evans Kotler and we are Austin Michael's step father and mother. We additionally have a 13 year old daughter Briley (Austin's younger sister). I work in Sumner County as a banker and have done so for the past 18 years as a Vice President within CapStar Bank. Paula owns Evco Properties and manages, buys, and sells investment Real Estate successfully for the past 22 years. Paula and I have lived in Hendersonville going on 35 + years now along with our very close family members consisting of parents and grandparents, our siblings from both sides, as well as numerous other extended family members all here town with us. Paula and I as a family have always been very active in our community and within our church. I currently sit as a Board Member and Treasurer for Sumner County CASA, I am a Past President of our local Kiwanis Club, and past board member of the Community Child Care Center. Paula is a part of the First Baptist Church and active church organizer for fund raisers' and social activities.

In summary, the morning Austin who was barely 18 when arrested had just finished taking his test for his GED in which we found out later he had passed. Additionally, Austin was already registered to begin classes at Volunteer State Community College that January. Over his incarceration period, we have seen this boy return to us humbled by the world he has encountered. I have seen him find his faith in God and discover a new realistic and righteous direction for his life. He has place his priorities back towards himself and his family and most importantly towards his relationship with God. He has left his childish friends and wrongful and damaging associations behind him. We see a wiser, more realistic, and even a more self confident man develop over these punishing years. During which, his mother and I have talked with him every night by phone since his incarceration and we have made the 8 ½ hour trip to visited him each and every weekend along with his extended family members. We all have continued to visit him each Sunday since his movement from the detentions center these past 9 months.

Your Honor, Austin's current halfway house incarceration is preventing him from being able to enter back into society. It is only retaining him around those who wish to spread their poor influence on him at a local level. Austin is not being allowed to enter into any additional educational programs or trade schools, go to college, or obtain the types of higher paying jobs he is skilled to perform. Nor is Austin able to be at home or be with other family members for home visitations or even Holiday's or family gatherings. Thus, we cannot see any benefit to continuing his current incarceration other than to extend additional punishment which we all don't believe was your Honors intent. Austin clearly carries with him the hard lessons learned over these past 5 years of imprisonment, and this remaining time will not be well utilized if left unchanged. Austin's life would gain more direction, and support if he is allowed to come home to his loving supportive family to ensure he enters bank into school, work, and positive family influences while he gathers himself back on a more straight and productive path.

Please know that Austin has changed in body, mind, and spirit. That when Austin is allowed to finally come home, that you are releasing him into good hands, that he has a loving, supportive, and welcoming home where he desires to stay. That Austin will be under our guidance and our responsibility as his father and mother when he is allowed to come home and that we are willing to sacrifice, guide, advise, protect, love and support Austin with all our hearts and financial support to get

Case 3:11-cr-00020   Document 157-1   Filed 03/03/16   Page 1 of 2 PageID #: 407

him started on his dreams and goals of building a better future that he has been praying for over these past 5 years. Please help us by allowing him to come home and be able to start rebuilding his still youthful life.

Respectfully,


Jason & Paula Kotler

Austin's House:



Austin's Room and Puppy:                                        Austin's Home:





Page 2

Case 3:11-cr-00020   Document 157-1   Filed 03/03/16   Page 2 of 2 PageID #: 408