REV 7/11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA**
v.
AUSTIN MICHAEL EVANS

(list each defendant appearing at hearing)

Case No.: 3:11-cr-00020-02
Judge: Senior Judge William J. Haynes, Jr
Hearing Date: March 8, 2016
Location: ✓ Nashville ○ Columbia ○ Cookeville
Court Reporter: Roxann Harkins
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Clay Lee in for Philip Wehby
Defense Attorney(s): Peter J. Strianse

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☑
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

Parties are to attempt an agreement and submit an agreed order, and if they can't agree, submit a motion for another hearing.

Total Time in Court: 3 minutes

KEITH THROCKMORTON, Clerk
by: Megan Gregory