UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:11-00020 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| AUSTIN MICHAEL EVANS | ) | |

## ~~PROPOSED~~ AGREED ORDER

By agreement of the parties as evidenced by the signatures below, the parties respectfully request that the hearing regarding the defendant's conditions of supervised release be continued for sixty days to Friday, May 6, 2016. The parties further request that if the defendant complies with the conditions of the halfway house until May 6, 2016, the defendant will not be required to reside at the halfway house after that date as part of his conditions of supervised release.

It is so ORDERED

Enter this 18 day of March, 2016.

 

_____
WILLIAM J. HAYNES, JR.
UNITED STATES DISTRICT JUDGE

 

APPROVED FOR ENTRY:

*s/ Philip H. Wehby*

_____
PHILIP H. WEHBY
Assistant United States Attorney

*s/ Peter Strianse*

_____
PETER STRIANSE
Attorney for the Defendant