UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:11-cr-00020-2 |
| v. | ) | Judge Campbell |
| | ) | |
| AUSTIN MICHAEL EVANS | ) | |

## MOTION TO SUBSTITUTE COUNSEL

The undersigned counsel gives notice of appearance on behalf of the United States of America in the above styled case; and respectfully moves the Court to substitute him as counsel, relieving Mr. Wehby of his responsibilities therein.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney

*s/ Clay T. Lee*
Clay T. Lee
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Phone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2016, a true and correct copy of the foregoing document was sent via the Court's ECF system to Peter J. Strianse, counsel for the defendant.

*s/ Clay T. Lee*
Clay T. Lee
Assistant United States Attorney

1