UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. Jesse Pecora | ) NO. 3:20-03011 M-001 |
| | ) 3:11-CR-00020 |
| Defendant. | ) |

## CONSENT TO APPEAR BY VIDEO CONFERENCE

Pursuant to the CARES Act, H.R. 748, the Court's Administrative Order 209-1, and Rule 5(f), Rule 10(c), and Rule 43(c)(1)(B) of the Federal Rules of Criminal Procedure, the Defendant hereby acknowledges Defendant has received and/or been read the indictment or information, that such charging instrument has been reviewed by Defendant with counsel, that Defendant understands the nature of the offenses charged, and that Defendant understands Defendant's right to appear in person for the initial appearance and arraignment. Acknowledging such, the Defendant hereby knowingly and voluntarily waives Defendant's right to appear in person and hereby consents to appearance by use of video teleconferencing for the following:

☒ Detention hearings under 18 U.S.C. §3142;

☒ Initial appearances under Rule 5 of the Federal Rules of Criminal Procedure

☒ Preliminary hearings under Rule 5.1 of the Federal Rules of Criminal Procedure

☒ Waivers of indictment under Rule 7(b) of the Federal Rules of Criminal Procedure

☒ Arraignments under Rule 10 of the Federal Rules of Criminal Procedure

☒ Probation and supervised release revocation proceedings under Rule 32.1 of the Federal Rules of Criminal Procedure

1

☑ Pretrial release revocation proceedings under 18 U.S.C. § 3148

☑ Appearances under Rule 40 of the Federal Rules of Criminal Procedure

☑ Misdemeanor pleas and sentencings as described in Rule 43(b)(2) of the Federal Rules of Criminal Procedure

☑ Proceedings under chapter 403 of title 18, United States Code (commonly known as the "Federal Juvenile Delinquency Act"), except for contested transfer hearings and juvenile delinquency adjudication or trial proceedings.

☑ Felony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure upon a finding by the presiding district judge that the plea or sentencing cannot be further delayed without serious harm to the interests of justice.

Having read the foregoing, I certify I have had sufficient opportunity to discuss the use of video teleconferencing with my attorney, and I voluntarily consent for the purpose noted above.

_____     _____
Defendant                           Defendant's Attorney

4-2-20
Date

## OPTIONAL CONSENT FOR DEFENDANT'S ATTORNEY

☐ Having consulted with Defendant, I certify that I have had sufficient opportunity to discuss the use of video teleconference with Defendant and Defendant has authorized me to inform the Court that Defendant consents to video teleconferencing as noted above.

2