# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **No. 3:11-CR-00020** |
| ) | **JUDGE TRAUGER** |
| **JESSE SANTOS PECORA** ) | |

## MOTION TO STRIKE MOTION TO REVOKE ORDER OF DETENTION

Comes now the Defendant, Jesse Pecora, through counsel, and respectfully moves this Honorable Court to strike his Motion to revoke Order of Detention set for November 20, 2020 at 1:30 p.m. (D.E. #232). In support of this motion counsel would show as follows:

1. Mr. Pecora no longer has a plan for release.

2. The trial on the offense that is the underlying basis for the detention is currently set for December 15, 2020. The parties are working towards a plea agreement which is scheduled to take place on December 2, 2020. (U.S. v. Pecora, 3:20-CR-160, D.E. #34). AUSA Wehby has authorized me to state the government is not opposed to this motion.

Respectfully submitted,

s/ David I. Komisar
David I. Komisar BPR 9207
Attorney for Jesse Pecora
800 Broadway 3rd Floor
Nashville, TN 37203
(615) 242-2675

Certificate of Service

I hereby certify that a true and exact copy of the foregoing motion has been sent via the CM/EFC system to Assistant U.S. Attorney Phil Wehby on this the 18th day of November 2020.

S/ David I. Komisar
David I. Komisar